36457. COULTER *v.* ROYAL INDEMNITY COMPANY *et al.*

GARDNER, P. J. The Supreme Court having reversed the judgment of this court (*Royal Indemnity Co.* v. *Coulter*, 213 *Ga.* 277, 98 S. E. 2d 899), the judgment of reversal originally rendered by this court is hereby vacated, and the judgment of the trial court is affirmed in conformance to the rulings and judgment of the Supreme Court.

*Judgment affirmed. Townsend and Carlisle, JJ., concur.*

DECIDED JUNE 28, 1957.

*McGowan & McGowan*, for plaintiff in error.
*Connerat, Dunn, Hunter, Cubbedge & Houlihan*, contra.